# United States District Court

NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| UNITED STATES OF AMERICA | **WARRANT FOR ARREST** |
| v. | AGENT TO ARREST |
| JUAN CARLOS SOLANO LORENZO | Case Number: 1:26-MJ-070 |

TO:   The United States Marshal
      and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest JUAN CARLOS SOLANO LORENZO,

and bring him forthwith before a United States Magistrate Judge without unnecessary delay to answer a **COMPLAINT** charging him with:

possession with intent to distribute a controlled substance, said act involving at least 500 grams of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, pursuant to Title 21, United States Code, Section 841(b)(l)(A), all in violation of Title 21, United States Code, Section 841(a)(1).

| | |
|---|---|
| J. ELIZABETH MCBATH | United States Magistrate Judge |
| Name of Issuing Officer | Title of Issuing Officer |
| *[signature: J. Elizabeth McBath]* | January 23, 2026 |
| | Atlanta, Georgia |
| Signature of Issuing Officer | Date and Location |

Bail Fixed at $_____  by_____
                                               Name of Judicial Officer

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at:

_____

Date Received:_____   _____
                                         Name and Title of Arresting Officer

Date of Arrest:_____   _____
                                         Signature of Arresting Officer